IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21  PM 3: 00

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JESUS GUADALUPE MUNOZ-TORRES,

       Defendant.

8:25CR 211

INDICTMENT
8 U.S.C. § 1326(a)

The Grand Jury charges that

COUNT I

On or about October 7, 2025, in the District of Nebraska, the defendant, JESUS GUADALUPE MUNOZ-TORRES, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SARAH A. HINRICHS, #24335
Assistant U.S. Attorney